[No. 16893-2-I.   Division One.   October 13, 1986.]

*In the Matter of the Marriage of* EDNA JOAN
WOOLWORTH, *Respondent, and* MICHAEL R.
WOOLWORTH, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 83-3-01450-8, Stuart C. French, J., entered July 5, 1985. *Affirmed* by unpublished opinion per Durham, J. Pro Tem., concurred in by Britt and Cole, JJ. Pro Tem.

[No. 14672-6-I.   Division One.   October 13, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v.
JOHN W. ANDERSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83-1-03387-6, Terrence A. Carroll, J., entered April 20, 1984. *Affirmed* by unpublished opinion per Williams, J., concurred in by Scholfield, C.J., and Pekelis, J.

[No. 8333-7-II.   Division Two.   October 13, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. CLINTON
HOWARD REID, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 84-1-00211-2, Milton R. Cox, J., entered November 15, 1984. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Worswick, C.J., and Petrich, J.